IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROXANE STOUT, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 11-1826 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | |
| Defendant | : | |

**O R D E R**

**AND NOW**, this    23rd    day of May, 2012, upon consideration of the plaintiff's request for review, the defendant's response thereto, and after careful review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Document #19), there being no objections filed by the plaintiff, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The plaintiff's request for review is DENIED.

3. Judgment is entered in favor of the Commissioner and against the plaintiff.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.